Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

United States Courts Southern
District of Texas
FILED

*April 28, 2023*

Nathan Ochsner, Clerk of Court

Krystal Marshall
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Pellenz Law  54 Ray Rd. Dunbarton, NH
Bar No: 60788177, State of Texas Transport
& Education, et. al., Michael W. Ford,
Hope Foeley (aka Hammond, Wright, Ford)
ct. al.    *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Krystal Marshall
Address                 935 N. Beech St.
                        Wichita                   KS          67206
                              *City*                    *State*        *Zip Code*
County                  Sedgewick
Telephone Number        316 - 932 - 4205
E-Mail Address          Kayemem1977@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    State of Texas Department of Transportation
Job or Title *(if known)*   * Robert A. Beaulieu & Nancy Smith Beaulie
Address                 125 E. 11st. Austin, TX 78701  1701 N. Congress
                        Austin                    TX          78701
                              *City*                    *State*        *Zip Code*
County                  Travis, Hays, Williamson
Telephone Number
E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

Defendant No. 2
                        State Bar Texas 1414 Colorado St. Austin TX
                                                                  78701
Name                    Pellenz Law  Bor No. 00788177
Job or Title *(if known)*   David W. Pellenz
Address                 59 Ray Rd.
                        Dunbarton                 NH          03046
                              *City*                    *State*        *Zip Code*
County                  Merrimack
Telephone Number        603 - 724 - 9396
E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name Texas Education Agency

Job or Title *(if known)* Department of Education Texas
Governor Abbott, Patricia Hardy

Address 1800 Nueces St.

Austin _____ TX _____ 78704

City            State            Zip Code

County Williamson, Travis, Hays

Telephone Number 512-479-2447

E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

Defendant No. 4

Name Bristal Marshall (aka Williams, Lashley

Job or Title *(if known)* WWE & MMA "Celebrity"

Address 7344 Panicum Dr. Frisco, TX 75033

City            State            Zip Code

County Collin

Telephone Number 720-380-4337

E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

X More Defendants listed

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Genocide by killing members of protected groups, and by forced displacement, kidnappings, high treason, deliberate disparagment, forced religious in doctrination, systematic sex assault rape, probate estate fraud. U.S. & International laws

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Texas, New Hampshire, California, Florida, Canada, United Kingdom

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Unknown cold cases related, prior 1983 continued litigation in In Re Fairbanks

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

~~Unconstitutional~~ Defendant parties threatened to genocide US Presidential family line by kidnapping, sex assault, child trafficking and murders, while holding children hostage. Violation of 1st, 3rd, 4th, 5th, 6th, 8th, 13th, 14th U.S. constitution. Also stole identities using celebrity status, committing peonage on victims, child support fraud, etc, stole identities of Deloitte Global ~~former~~/ employees Conspiring steal and keep assets while disparaging them

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Co-conspirators ordered coordinated multiple rapes & sex assaults arranged by high school teachers, coordinating child theft, probate estate, child support fraud, concealed and deceived public by murdering family members under forced indoctrination, forced indoctination, hired celebrities to impersonate victims. Deliberately denied medical treatment and forging records, attempted murders for attendees education, denial of employment for refusing to marry her rapist; murdering women & children,

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Payment for forced labor, wrongful deaths; and arrest responsible parties

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/18/23

Signature of Plaintiff    _Beytott Mumbell_

Printed Name of Plaintiff    Krystal Marshall

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Other Defendants:

Church of the Subgenius  P.O. Box 807 Glen Rose, TX (216) 320-9528   stang@subgenius.com

Nancy Smith Beaulieu & Robert Beaulieu 11217 Brownsfield, TX 79316

Houston City Hall 901 Basby St. Houston, TX 77002

Michelle N. Wenstrom 753 Galway Bay Ln. Georgetown, TX 78626

Tammy Vanderpool 874 Homestead Dr. Highlands, CO 80186

Kristal Marshall (aka Williams aka Lashley aka August)

George Bush Jr. P.O. Box 259000 Dallas TX 75225-9000

Hazen Express 10217 Kellogs St. El Paso, TX 79924 aka Douglas F. Hazen

Scarlet Woman Lodge Suite 304 Capitol Business Park 1514 Ed Bluestein Blvd. Austin, TX 78721



Office of the Clerk
United States District Court
Baltimore, MD 21201

www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
04/03/2023
US POSTAGE $001.60

FIRST-CLASS MAIL

ZIP 21201
041M11464066

United States Courts
Southern District of Texas
FILED

APR 10 2023

Nathan Ochsner, Clerk of Court

Texas Southern District Court
Bob Casey United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002-2600